# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUSSELL PAYTON

NO. 2024 KW 0875

**NOVEMBER 4, 2024**

---

In Re:     Russell Payton, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 11-94-0047.

---

**BEFORE:   McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT DENIED.**   When a party files a traversal to the commissioner's report, there is no obligation for the trial court to issue any specific ruling regarding the traversal. See La. R.S. 13:713(C).   Accordingly, relator is not prejudiced or precluded from seeking review of the ruling on the application for postconviction relief by the failure to file a traversal.   In the event relator elects to file a new application with this court seeking review of the ruling on the application for postconviction relief, he may do so without the necessity of obtaining a return date.   Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.   Any future filing on this issue should include the entire contents of this application, the application for postconviction relief and supporting memorandum, the State's response, the commissioner's recommendation, and the relevant portions of the district court record that might support the claims raised in the application for postconviction relief, and a copy of this ruling.

**JEW**
**WIL**

   McClendon, J., dissents and would grant the writ for the sole purpose of transferring the writ application to the district court for consideration of relator's motion to set aside judgment.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT